UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELBELL, <br><br> Plaintiff, <br> v. <br><br> STANDARD INSURANCE COMPANY; CALIFORNIA TEACHERS' ASSOCIATIONECONOMICS BENEFIT TRUST., <br><br> Defendants. | Case No.: 12-CV-06344-LHK <br><br> ORDER CONFIRMING DISMISSAL OF CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFIT TRUST AND GRANTING THE PARTIES FEBRUARY 11, 2013 STIPULATION |

In the parties' March 29, 2013 Joint Case Management Statement, the parties note that the Court has not issued an order granting the parties' February 11, 2013 stipulation dismissing Defendant California Teachers Association Economics Benefit Trust ("Teachers Association"). ECF No. 19 at 2 (Joint Case Management Statement); ECF No. 12 (Stipulation). When the parties filed their stipulation, the Teachers Association had not yet served an answer or a motion for summary judgment. Thus, pursuant to Federal Rule of Civil Procedure 41(1)(A)(i), Plaintiff was entitled to dismiss the Teachers Association without a Court order. *See* Fed. R. Civ. Proc. 41(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing… a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"). Accordingly, on February 12, 2013, the day after the parties filed their stipulation dismissing the Teachers Association, the Teachers Association was terminated on ECF.

1

Case No.: 12-CV-06344-LHK
ORDER CONFIRMING DISMISSAL OF CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFIT TRUST AND GRANTING THE PARTIES FEBRUARY 11, 2013 STIPULATION

To the extent the parties seek confirmation that the Teachers Association was dismissed, the Court confirms that the Teachers Association was dismissed on February 12, 2013. Furthermore, to eliminate any confusion going forward, the Court hereby GRANTS the parties' February 11, 2013 stipulation (ECF No. 12).

**IT IS SO ORDERED.**

Dated: April 11, 2013

_____
LUCY H. KOH
United States District Judge