**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RACHEL BELL,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFIT TRUST,<br><br>    Defendants. | Case No. CV 12-6344 LHK<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV 12-6344 LHK, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: May 8, 2013

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court Judge